AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbour, Jr. , William H. | 2. Court or Organization<br><br>U S District Court | 3. Date of Report<br><br>11/18/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>501 East Court Street, Suite 4<br>Jackson, MS 39201 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | Bank Plus mortgage | Mortgage on Real Estate | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 2. FINANCIAL MGMT ACCT (3-19) | | | | | | | | | |
| 3. -Citibank Deposit Program | A | Interest | L | T | | | | | |
| 4. -Capital World Growth and Income Fund (American funds) | B | Dividend | L | T | | | | | |
| 5. -Europacific Growth Fund (American Funds) | A | Dividend | K | T | | | | | |
| 6. .-Income Fund of America (American Funds) | B | Dividend | L | T | | | | | |
| 7. -New Perspective Fund (American Funds) | A | Dividend | K | T | | | | | |
| 8. -Miss. Dev. BK - Bond (MS State Gen Oblig) | B | Interest | K | T | | | | | |
| 9. -Miss. Cap. Imp. - Bond | B | Interest | | | Redeemed | 4/1/12 | K | | |
| 10. -USM Edl Bldg Corp - bond | B | Interest | L | T | | | | | |
| 11. -MS St RFDG - NTS-Bond (MS State Gen Oblig | B | Interest | L | T | | | | | |
| 12. -Kayne Anderson Energy Total Return Fund | B | Interest | K | T | | | | | |
| 13. -American Electric Power Co | B | Dividend | K | T | | | | | |
| 14. -Kimberly Clark Corp | B | Dividend | K | T | | | | | |
| 15. -Southern Co | B | Dividend | K | T | | | | | |
| 16. -Templeton Global Bond Fd CL C | C | Dividend | L | T | | | | | |
| 17. -MS Dev BK Spl Oblig | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Chevron Corp | A | Dividend | K | T | Buy | 4/9/12 | K | | |
| 19. -Royal Dutch Shell PLC | A | Dividend | K | T | Buy | 04/09/12 | K | | |
| 20. IRA ROLLOVER ACCT #1 (21-59) | | | | | | | | | |
| 21. -I Shares MSCI Brazil Index Fund | A | Dividend | | | Sold | 3/5/12 | J | A | |
| 22. -I Shares MSCI Brazil Index Fund | | | | | Buy (add'l) | 5/3/12 | J | | |
| 23. -I Shares MSCI Brazil Index Fund | | | | | Sold | 9/27/12 | J | A | |
| 24. -I Shares MSCI South Korea Index Fund | A | Dividend | | | Sold | 5/3/12 | J | A | |
| 25. I Shares MSCI South Africa Index Fund | A | Dividend | | | Sold | 9/27/12 | J | A | |
| 26. I Shares TR Dow Jones Select Dividend Index Fund | A | Dividend | J | T | Sold (part) | 1/10/12 | J | A | |
| 27. I Shares TR Dow Jones Select Dividend Index Fund | | None | | | Sold (part) | 5/3/12 | J | A | |
| 28. I Shares Cohen & Steers Realty Majors | A | Dividend | J | T | | | | | |
| 29. I Shares Trust S & P MidCap Value Index - Fund | A | Dividend | J | T | | | | | |
| 30. I Shares MSCI France Index Fund | | None | | | Sold | 1/2/12 | J | A | |
| 31. I Shares MSCI Emerging Markets Index Fund | A | Dividend | J | T | Sold (part) | 9/27/12 | J | A | |
| 32. I Shares MSCI Australia Index Fund | A | Dividend | | | Sold | 9/27/12 | J | A | |
| 33. IShares TR S & P 500 Index Fund | A | Dividend | K | T | Buy (add'l) | 1/10/12 | J | | |
| 34. IShares TR S & P 500 Index Fund | | None | | | Buy (add'l) | 5/3/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares TR S & P 500 Index Fund | | None | | | Buy (add'l) | 9/27/12 | J | | |
| 36. IShares S & P 500 Growth Index Fund | B | Dividend | L | T | Buy (add'l) | 1/10/12 | J | | |
| 37. IShares S & P 500 Growth Index Fund | | None | | | Sold (part) | 5/3/12 | J | A | |
| 38. IShares S & P 500 Growth Index Fund | | None | | | Buy (add'l) | 9/27/12 | J | | |
| 39. Dreyfus Liquid Assets, Inc. | | None | J | T | | | | | |
| 40. IShares S & P 500 Value Index Fund | B | Dividend | L | T | Sold (part) | 1/10/12 | J | A | |
| 41. IShares TR MSCI EAFE Index Fd | A | Dividend | J | T | Sold (part) | 1/10/12 | J | A | |
| 42. IShares TR MSCI EAFE Index Fd | | None | | | Sold (part) | 5/3/12 | J | A | |
| 43. IShares TR MSCI EAFE Index Fd | | None | | | Sold (part) | 9/27/12 | J | A | |
| 44. IShares Trust S & P Midcap 400 Growth | A | Dividend | K | T | | | | | |
| 45. IShares Russell 2000 Value Index Fd | A | Dividend | J | T | | | | | |
| 46. IShares Russell 2000 Growth Fd | A | Dividend | J | T | | | | | |
| 47. IShares MSCI Canada Index Fd | A | Dividend | | | Buy (add'l) | 5/3/12 | J | | |
| 48. IShares MSCI Canada Index Fd | | None | | | Sold | 9/27/12 | J | A | |
| 49. IShares MSCI Germany Index Fd | A | Dividend | | | Sold | 1/10/12 | J | A | |
| 50. IShares MSCI Germany Index Fd | | None | | | Buy | 3/5/12 | J | | |
| 51. IShares MSCI Germany Index Fd | | None | | | Sold | 9/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dow Jones EPAC Sel Div | A | Dividend | J | T | Buy | 5/3/12 | J | | |
| 53. Dow Jones EPAC Sel Div | | None | | | Buy (add'l) | 9/27/12 | J | | |
| 54. FTSE/China 25 Index Fund | A | Dividend | J | T | Buy | 9/27/12 | J | | |
| 55. Ishares MSCI Russia | A | Dividend | J | T | Buy | 9/27/12 | J | | |
| 56. Ishares MSCI Austria | A | Dividend | | | Buy | 2/9/12 | J | | |
| 57. Ishares MSCI Austria | | None | | | Sold | 5/3/12 | J | A | |
| 58. Ishares MSCI Taiwan | A | Dividend | | | Buy | 1/10/12 | J | | |
| 59. Ishares MSCI Taiwan | | None | | | Sold | 2/9/12 | J | | |
| 60. IRA ROLLOVER ACCT #2 (61-73) | | | | | | | | | |
| 61. AT & T, Inc | B | Dividend | K | T | | | | | |
| 62. American Electric Power Co., Inc. | A | Dividend | K | T | | | | | |
| 63. Regions Financial Corp | A | Dividend | L | T | | | | | |
| 64. Southern Co | A | Dividend | K | T | | | | | |
| 65. Goldman Sachs Capital Growth Fund | A | Dividend | K | T | | | | | |
| 66. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 67. Franklin Income fund | C | Dividend | K | T | | | | | |
| 68. Legg Mason Opportunity Tr Primary Class | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barbour, Jr. , William H. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 70. Lord Abbett International Core Equity Fd | A | Dividend | J | T | | | | | |
| 71. Bank of America | A | Dividend | J | T | | | | | |
| 72. Johnson & Johnson | A | Dividend | | | Sold | 10/9/12 | K | C | |
| 73. Microsoft | A | Dividend | J | T | | | | | |
| 74. IRA ROLLOVER ACCT #3 (75-80) | | | | | | | | | |
| 75. American Balanced Fd CL A | C | Dividend | M | T | | | | | |
| 76. Wells Fargo Adv Asset Alloc Fd | A | Dividend | K | T | | | | | |
| 77. Washington Mutual Investors Fd CL A | C | Dividend | M | T | | | | | |
| 78. Citibank Bank Deposit Program | | None | J | T | | | | | |
| 79. Wells Fargo Advantage Emerging Mkts Growth Fund | A | Dividend | L | T | | | | | |
| 80. Wells Fargo Diversified Income Builder | B | Dividend | K | T | | | | | |
| 81. IRA ROLLOVER ACCT #4 (82-85) | | | | | | | | | |
| 82. Raymond James Bank Dep Prog (X) | A | Interest | M | T | | | | | |
| 83. Linn Energy | B | Dividend | K | T | Buy | 7/12/12 | L | | |
| 84. MS ST GO Bonds, Capt Improv | A | Dividend | K | T | Buy | 7/10/12 | K | | |
| 85. MS ST GO Bonds, Ser 20 | A | Dividend | K | T | Buy | 7/11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. REAL ESTATE (87-89) | | | | | | | | | |
| 87. Land #1, Yazoo County, MS | C | Rent | L | W | | | | | |
| 88. Land #2, Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 89. Land #2, Yazoo City, MS remaining 1/2 interest | | None | K | W | | | | | |
| 90. RESIDENTIAL SUBDIVISION (91) | | | | | | | | | see Note 1 |
| 91. Subdiv #1: Lots      s | | None | N | W | | | | | |
| 92. OIL AND GAS INTERESTS (93-126) | | | | | | | | | see Note 2 |
| 93. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 94. -#2-Sohio Pet Co., Franklin Parish, LA | | None | J | W | | | | | |
| 95. -#3-Marathon Oil Co., Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 96. -#4- Placid Oil Co., Warren County, MS | | None | J | W | | | | | |
| 97. -#5 Pursue Energy Corp (was Shell Oil Co) Rankin County, MS | C | Royalty | J | W | | | | | |
| 98. -#6-US Trading Co., Madison Parish & Richland Parish, LA | | None | J | W | | | | | |
| 99. -#7-McGowan Working Partners, Yazoo County, MS | A | Royalty | J | W | | | | | |
| 100. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS) | | None | J | W | | | | | |
| 101. -#9-TXP Op Co., Yazoo County, MS | | None | J | W | | | | | |
| 102. -#10-Shell Western E & P, Lincoln County, MS | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 104. -#12-Petro-Hunt Bovina Field, Warren Co., MS | A | Royalty | J | W | | | | | |
| 105. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 106. -#14-Bruxoil, Clay Co, MS | A | Royalty | J | W | | | | | |
| 107. -#15-Chevron USA, Claiborne Parish, LA | | None | J | W | | | | | |
| 108. -#16-Coho Resources, Jasper Co, MS | | None | J | W | | | | | |
| 109. -#17-Denbury On Shore LLC (was Denbury Resources )Jasper Co | G | Royalty | L | W | | | | | |
| 110. -#18-D & S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 111. -#19-Devon Energy, Yazoo Co, MS; Bossier Parish, LA | | None | J | W | | | | | |
| 112. -#20-EOTT Energy, Jasper & Smith Co,. MS | | None | J | W | | | | | |
| 113. -#21-Ergon, Madison & Yazoo Co., MS | | None | J | W | | | | | |
| 114. -#22-Fina Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 115. -#23-Hassie Hunt Exploration, Yazoo Co,. MS | A | Royalty | J | W | | | | | |
| 116. -#24-J.P. Oil, Linbcoln & Pike Co,MS | A | Royalty | J | W | | | | | |
| 117. -#25-McGowan Oil Working Partners, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 118. -#26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 119. -#27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -#28-Spooner Petroleum, Jasper Co,. MS | A | Royalty | J | W | | | | | |
| 121. -#29-St Mary Land & Exploration, Claiborne Parish, LA | A | Royalty | K | W | | | | | |
| 122. -#30-Pennzenergy, Yazoo Co, MS | A | Royalty | K | W | | | | | |
| 123. -#31 Tecton Energy, LLC; Choctaw Co AL | A | Royalty | J | W | | | | | |
| 124. -#32 XTO Energy, Inc | A | Royalty | J | W | | | | | |
| 125. -#33 EOG Resources, Inc. | D | Royalty | L | W | | | | | |
| 126. -#34 EOG Resources, Inc. | B | Royalty | J | W | | | | | |
| 127. LAND, Humphreys Co., MS (LLC) | | None | N | W | | | | | |
| 128. ASSETS - Other | | | | | | | | | |
| 129. -Residential Real Estate - Cleburne Co, AR | | None | N | W | | | | | |
| 130. -Residential Real Estate - Shelby Co., TN | | None | N | W | | | | | |
| 131. TRUST - BROKERAGE ACCOUNT (132-135) | | | | | | | | | |
| 132. Bank Deposit Program- Raymond James Bank, FSB | A | Int./Div. | K | T | | | | | |
| 133. -Capital World Growth & Income Fd CL F1-American N/L | B | Dividend | L | T | | | | | |
| 134. -Columbia Marisco Growth Fd CL A M/F | A | Dividend | K | T | | | | | |
| 135. -Washington Mutual Investors Fd CL F1-American N/L | B | Dividend | L | T | | | | | |
| 136. BROKERAGE ACCT (137-138) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Bank Deposit Program-Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 138. Longleaf Partners Fund N/L | A | Dividend | J | T | | | | | |
| 139. IRA BROKERAGE ACCT #1 (140-153) | | | | | | | | | |
| 140. -Bank Deposit Program-Raymond James Bank, FSB | A | Interest | K | T | | | | | |
| 141. -First Horizon Natl Corp | A | Interest | J | T | | | | | |
| 142. Enterprise Products Partners LP | A | Dividend | | | Sold | 1/25/12 | K | D | |
| 143. -Calamos Growth Fd CL A | | None | J | T | | | | | |
| 144. -Calamos Growth Fund CL C | | None | J | T | | | | | |
| 145. Prudential Large Cap Core Equipment Fd CL A | | None | | | Sold | 1/2/12 | J | A | |
| 146. -Longleaf Partners Fd | D | Dividend | L | T | | | | | |
| 147. Bank of America | A | Interest | K | T | | | | | |
| 148. -GE Capital Corp MTN | A | Interest | J | T | | | | | |
| 149. -John Hancock Life Insurance Co MTN | A | Interest | J | T | | | | | |
| 150. -NY Telephone Debenture | A | Interest | J | T | | | | | |
| 151. Health Care REIT, Inc. PFD Ser D Cum | B | Interest | | | Redeemed | 4/2/12 | K | A | |
| 152. The Goldman Sachs Group, Inc. | A | Interest | K | T | | | | | |
| 153. -Public Storage, Inc. Cum Pfd | B | Interest | | | Redeemed | 4/11/12 | K | C | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Lord Abbett Floating Rate Fund Class A M/F | A | Interest | L | T | Buy | 10/11/12 | K | | |
| 155. IRA BROKERAGE ACCT #2 (155-159) | | | | | | | | | |
| 156. -Bank Deposit Program-Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 157. -Lord Abbett Short Duration Income Fd CL A M/F | D | Int./Div. | M | T | | | | | |
| 158. -Lord Abbett Floating Rate Fd CL A M/F | C | Int./Div. | L | T | | | | | |
| 159. -Lord Abbett Fundamental Equity Fund CL A M/F | C | Int./Div. | M | T | | | | | |
| 160. -Lord Abbett Classic Stock Fund CL A M/F | B | Dividend | M | T | | | | | |
| 161. IRA BROKERAGE ACCT #3 (161-209) | | | | | | | | | |
| 162. -Cash & Margin -Regions | A | Interest | K | T | | | | | |
| 163. -Dodge & Cox Income | C | Dividend | | | Sold (part) | 7/17/12 | J | A | |
| 164. -Dodge & Cox Income | | | | | Sold (part) | 9/18/12 | J | A | |
| 165. -Dodge & Cox Income | | | | | Sold | 10/9/12 | M | D | |
| 166. -PIMCO Unconstrained Bond Fd | A | Dividend | | | Sold (part) | 7/17/12 | J | A | |
| 167. -PIMCO Unconstrained Bond Fd | | | | | Sold (part) | 9/18/12 | J | A | |
| 168. -PIMCO Unconstrained Bond Fd | | | | | Sold | 10/9/12 | L | C | |
| 169. Federated Inst High Yield Bd | A | Dividend | K | T | Buy | 10/9/12 | K | | |
| 170. JP Morgan Core Bond Fund A | A | Dividend | L | T | Buy | 10/11/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PIMCO Total Return Fund P | C | Dividend | L | T | Buy | 10/9/12 | L | | |
| 172. -Invesco International Growth A | | None | | | Sold (part) | 7/16/12 | J | A | |
| 173. -Invesco International Growth A | | | | | Sold (part) | 9/18/12 | J | A | |
| 174. -Invesco International Growth A | | | | | Sold | 10/9/12 | K | E | |
| 175. -LATEEF Fund | | None | | | Sold (part) | 7/12/12 | J | A | |
| 176. -LATEEF Fund | | | | | Sold (part) | 9/18/12 | J | A | |
| 177. -LATEEF Fund | | | | | Sold | 10/9/12 | M | E | |
| 178. -Thomas White International Fund | | None | | | Sold (part) | 7/17/12 | J | A | |
| 179. -Thomas White International Fund | | | | | Sold (part) | 9/18/12 | J | A | |
| 180. -Thomas White International Fund | | | | | Sold | 10/9/12 | K | C | |
| 181. AF American Mutual F2 | A | Dividend | L | T | Buy | 10/9/12 | L | | |
| 182. Artisan International | A | Dividend | K | T | Buy | 10/9/12 | K | | |
| 183. American Funds Europacific Growth F1 | A | Dividend | K | T | Buy | 10/9/12 | K | | |
| 184. JP Morgan Mid Cap Value 1 | A | Dividend | K | T | Buy | 10/9/12 | K | | |
| 185. Janus Venture Fund Class A | C | Dividend | K | T | Buy | 10/9/12 | K | | |
| 186. MFS Research Fund Class A | A | Dividend | L | T | Buy | 10/9/12 | L | | |
| 187. Mainstay Epoch Global Equity Yield A | A | Dividend | L | T | Buy | 10/9/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Neuberger Berman Genesis Fund | B | Dividend | K | T | Buy | 10/9/12 | K | | |
| 189. Nuveen Winslow Large-Cap Growth 1 | | None | L | T | Buy | 10/9/12 | L | | |
| 190. Prud Jenn Mid Cap Growth Z | B | Dividend | K | T | Buy | 10/9/12 | K | | |
| 191. Wells Fargo Advantage Intl Value Fund Adm | | None | K | T | Buy | 10/9/12 | K | | |
| 192. -Federated Strategic Value Fd | C | Dividend | L | T | Sold (part) | 7/17/12 | J | A | |
| 193. -Federated Strategic Value Fd | | | | | Sold (part) | 9/18/12 | J | A | |
| 194. -Federated Strategic Value Fd | | | | | Sold (part) | 10/9/12 | K | B | |
| 195. Thornburg Investment Income Builder Fd I | D | Dividend | | | Sold (part) | 7/17/12 | J | A | |
| 196. Thornburg Investment Income Builder Fd I | | None | | | Sold (part) | 9/18/12 | J | A | |
| 197. Thornburg Investment Income Builder Fd I | | None | | | Sold | 10/9/12 | M | D | |
| 198. -Hatteras Long Short Debt I | | None | | | Sold (part) | 7/17/12 | J | A | |
| 199. -Hatteras Long Short Debt I | | None | | | Sold (part) | 9/18/12 | J | A | |
| 200. -Hatteras Long Short Debt I | | None | | | Sold | 10/9/12 | K | B | |
| 201. Hatteras Long Short Equity I | | None | | | Sold (part) | 7/17/12 | J | A | |
| 202. Hatteras Long Short Equity I | | None | | | Sold (part) | 9/18/12 | J | A | |
| 203. Hatteras Long Short Equity I | | None | | | Sold | 10/9/12 | L | C | |
| 204. IVA Worldwide I | | None | | | Sold (part) | 7/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  IVA Worldwide I | | None | | | Sold (part) | 9/18/12 | J | A | |
| 206.  IVA Worldwide I | | None | | | Sold | 10/9/12 | M | A | |
| 207.  Natixis Gateway Fund | A | Dividend | L | T | Buy | 10/9/12 | L | | |
| 208.  John Hancock Global Absolute Return Strategies A | A | Dividend | K | T | Buy | 10/9/12 | K | | |
| 209.  Templeton Global Bond Fund Advisor Class | B | Dividend | K | T | Buy | 10/9/12 | K | | |
| 210.  AQR Managed Futures Strategy Class N | A | Dividend | K | T | Buy | 10/9/12 | K | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 11/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1:  Line 91 shows the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots. There will be no income produced by the reamining lots in inventory unless and until they are sold.

NOTE 2:  As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing occurs, I add them to my report.

NOTE 3:  The assets below that were identified in my prior year report are reported as follows in my current year report:
PY report  CY report
page 7, line 64  page 5, line 29
page 7, line 67  page 6, line 49-51
page 8, line 68  page 5, line 31
page 8, line 69  page 6, line 44
page 8, line 70  page 6, line 45
page 8, line 71  page 6, line 46
page 11, line135 page 12, line 153
page 12, line 136 page 12, line 147
page 13, line 164 all remaining shares sold 12/13/11
page 14, line 170 all remaining shares sold 12/13/11
page 14, line 176 all remaining shares sold 9/29/11
page 14, line 180 all remaining shares sold 12/9/11
page 14, line 185 all remaining shares sold 12/13/11
page 15, line 190 all remaining shares sold 12/9/11
page 15, line 196 all remaining shares sold 9/26/11
page 15, line 200 all remaining shares sold 12/13/11
page 16, line 206 all remaining shares sold 6/28/11
page 16, line 211 all remaining shares sold 12/13/11
page 16, line 217 all remaining shares sold 12/9/11
page 17, line 232 all remaining shares sold 12/9/11

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Barbour, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544